
IN THE UNITED STATES DISTRICT COURT

FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

FILED

JUN 3 0 2025

IN THIS OFFICE
Clerk U.S. District Court
Greensboro, N.C.
By _____

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | 1:25CR2291 |
| | : | |
| TIMOTHY BRIAN MURPHY | : | |

The Grand Jury charges:

COUNTS ONE THROUGH FOUR

On or about the dates listed in the table below, in the County of Guilford, in the Middle District of North Carolina, and elsewhere, TIMOTHY BRIAN MURPHY did knowingly receive and attempt to receive any child pornography, as defined in Title 18, United States Code, Section 2256(8), that had been shipped and transported using any means and facility of interstate and foreign commerce, and in and affecting interstate and foreign commerce by any means, including by computer;

| Count | Date |
|:---:|:---:|
| One | November 28, 2023 |
| Two | December 2, 2023 |
| Three | April 13, 2024 |
| Four | April 30, 2024 |

all in violation of Title 18, United States Code, Section 2252A(a)(2)(A) and (b)(1).

## COUNT FIVE

On or about April 30, 2024, the exact date to the Grand Jurors unknown, in the County of Guilford, in the Middle District of North Carolina, TIMOTHY BRIAN MURPHY did knowingly distribute and attempt to distribute any child pornography, as defined in Title 18, United States Code, Section 2256(8), that had been shipped and transported using any means and facility of interstate and foreign commerce, and in and affecting interstate and foreign commerce by any means, including by computer; in violation of Title 18, United States Code, Section 2252A(a)(2)(A) and (b)(1).

## COUNT SIX

From on or about November 27, 2023, continuing up to and including on or about May 8, 2024, the exact dates to the Grand Jurors unknown, in the County of Guilford, in the Middle District of North Carolina, and elsewhere, TIMOTHY BRIAN MURPHY did knowingly possess any material which contained an image of child pornography, as defined in Title 18, United States Code, Section 2256(8)(A), that involved a prepubescent minor and a minor who had not attained 12 years of age, that was produced using materials that have been mailed, or shipped or transported in or affecting interstate or foreign commerce by any means, including by computer; in violation of Title 18, United States Code, Section 2252A(a)(5)(B) and (b)(2).

## FORFEITURE ALLEGATION

1.    The factual allegations contained in this Indictment are realleged and by this reference fully incorporated herein for the purpose of alleging forfeiture pursuant to Title 18, United States Code, Section 2253.

2.    Upon conviction of one or more of the offenses alleged in this Indictment, the defendant, TIMOTHY BRIAN MURPHY, shall forfeit to the United States, pursuant to Title 18, United States Code, Section 2253(a), all visual depictions described in Title 18, United States Code, Sections 2251, 2251A, 2252, 2252A, 2252B, or 2260, and any book, magazine, periodical, film, videotape, or other matter which contains any such visual depiction, which was produced, transported, mailed, shipped, or received in violation of Chapter 110 of the United States Code; any property, real or personal, constituting or traceable to gross profits or other proceeds obtained from such offenses; and any property, real or personal, used or intended to be used to commit or promote the commission of the offenses or any property traceable to such property.

3.    The property subject to forfeiture pursuant to paragraph 2 above may include, but shall not be limited to, the following property of the defendant seized on or about May 8, 2024:

    a.    Apple iPhone 10, Serial Number: C39W39PWJCLF.

All in accordance with Title 18, United States Code, Section 2253, Rule

3

32.2, Federal Rules of Criminal Procedure, and Title 28, United States Code,

Section 2461(c).

DATED: June 30, 2025

RANDALL GALYON
Acting United States Attorney

BY: KARLA PAINTER
Assistant United States Attorney

A TRUE BILL:

███████████████

FOREPERSON

4